Richard BARNES, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 87733.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 14, 2006.

Richard Barnes, Jefferson City Correctional Ctr., Jefferson City, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., MARY K. HOFF, J., and NANNETTE A. BAKER, J.

### *ORDER*

PER CURIAM.

Richard Barnes appeals from the judgment of the motion court denying his motion to reopen his motion for post-conviction relief under Rule 29.15 to vacate judgment and sentence for convictions for first degree trafficking, two counts of possession of a chemical with intent to produce a controlled substance, and possession of drug paraphernalia with intent to use it.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished

with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).